IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SON THI VUONG,

    Plaintiff,

v.                                        Case No. 4:23-cv-327-AW-MAF

JOSHUA C. CANTON, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's September 15, 2023 report and recommendation, ECF No. 9, to which there has been no objection. Although I do not adopt the report and recommendation in full, I agree with the magistrate judge that the complaint should be dismissed as a shotgun pleading, and I adopt Part III of the report and recommendation. The magistrate judge previously advised Vuong of this defect, who had an opportunity to amend. The court will accordingly dismiss with prejudice.

The clerk will enter a judgment that says, "This case is dismissed with prejudice because the amended complaint is a shotgun pleading." The clerk will then close the file.

SO ORDERED on October 16, 2023.

                                                           s/ *Allen Winsor*
                                                           United States District Judge